SECOND DEPARTMENT, DECEMBER TERM, 1886.

Adolph Gubner, as Administrator, etc., Plaintiff, v. James Vick and another, as Executor, etc., Defendants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Bridget Collins, Administratrix, etc., Respondent, v. The New York and New Haven and Hartford Railroad Company, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

James Jourdan, as Receiver, etc., Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Samuel D. Hoyt, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Julia Foy, an Infant, etc., Respondent, v. William Buchanan and another, Appellants. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Henry T. Pratt, Appellant, v. Moses Wertheimer and others, Respondents. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

James McCormick, Plaintiff, v. John P. Crawford, defendant. — Exceptions overruled and judgment for defendant upon the nonsuit ordered at circuit. Opinion by Barnard, P. J.; Pratt, J., not sitting.

George M Mittnacht, Appellant, v. Joseph Wolf, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Emma L. Wendling, Respondent, v. Hannah Bainbridge and others, Appellants. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Louis .H. Dickerson, Plaintiff, v. La Devalson Gordon, Defendant. — Motion denied, with ten dollars costs. Opinion by Dykman, J.

Thomas Doyle, Appellant, v. The Rector, etc., of Trinity Church, Respondent. Reargument ordered.

Susan W. Bryan, Appellant, v. Abram Viele and Cornelia, his wife, Respondents. — Order sustaining demurrer affirmed, with costs as to amended complaint, and appeal dismissed from order permitting an amendment to original complaint. Opinions by Justices Barnard and Pratt.

Maria L. Hood, as Executrix, etc., Respondent, v. John N. Hayward, Appellant, Impleaded, etc. — Motion to dismiss appeal from part of order giving leave to amend summons granted, with ten dollars costs. Opinion by Pratt, J.; Dykman, J., not sitting.

George Cox, Respondent, v. William A. Baeder and another, Respondents. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

David S. McLaughlin, Respondent, v. Thomas S. Lester, Appellant. — Judgment affirmed, with costs. Opinions by Justices Barnard and Pratt.

Thomas J. Bannon, Appellant, v. Ellen Cleary, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

The General Synod of the Reformed Church of America, Plaintiff, v. Eliza L. Lincoln, Defendant. — Orders affirmed, with costs and disbursements.

——— Powers, Petitioner, 'v. James Jourdan, Receiver, etc. — Order reversed, with costs and disbursements, and motion denied, without costs. Opinion by Dykman, J.

William Biggs, Respondent, v. Martin Schultz and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Patrick Murphy, Jr., by Guardian, etc., Respondent, v. William H. Mairs, Appellant. — Judgment affirmed, with costs; exceptions overruled. Opinions by Justices Pratt and Barnard.

Kate Feeney, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Amos Bryan, Plaintiff, v. George Wilson and others, Defendants. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Frank Bowman, Respondent, v. Charles G. Johnston, Appellant. — Judgment modified in accordance with opinion; order to be settled by Justice Barnard. Opinion by Barnard, P. J.

William Nelson, Appellant, v. Edward Gridley, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

John McClain, Respondent, v. The Brooklyn City Railroad Company, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Peter Riley, Respondent, v. The Phœnix Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Julia Frear, Appellant, v. Franklin Sweet and others, Respondents. — Judgment affirmed, with costs. — Opinion by Dykman, J.; Barnard, P. J., not sitting.

Ezra White, Respondent, v. Minerva E. Gaines, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Thomas M. King and others, Plaintiffs. v. Reon Barnes and others, Defendants. — Judgment modified in accordance with opinion. Order to be settled by Justice Pratt. Opinion by Pratt, J.

Mary Meegan, Respondent, v. William Hardenbrook, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Catharine C. Murphy, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. — Opinion by Barnard, P. J.

George Shaper, Respondent, v. The Brooklyn and Long Island Cable Railway Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Abraham Sanger, Jr., and another, Appellants, v. Leander Waterbury and another, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.

Charles H. Hunter, Respondent, v. The New York, Ontario and Western Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Yonkers Gas-Light Company, Respondent, v. Allen Taylor, Appellant, Impleaded, etc. — Order sustaining demurrer to defendant's answer, and judgment thereon reversed and judgment given for defendant, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Charles T. Redfield, Respondent, v. Charles W. Stitt, as Executor, etc., Appellant. — Judgment and order denying new trial reversed and new trial granted. costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

John F. Clark, Appellant, v, Mary A. Clark, Respondent. — Order allowing alimony and order refusing to modify the same affirmed, with costs and disbursements. Opinions by Justices Barnard and Pratt.

Bank of Indianapolis, Plaintiff, v. Alftman Bly, Receiver, etc., Defendant. — Motion denied, with ten dollars costs. Opinion by Dykman, J.

Frank W. Halsted, Plaintiff, v. Isaac W. Sherrill, Defendant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.